## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

ME'LISA ENYARD,           )
2203 Parks Edge Place     )
Columbia, MO 65202        )
                          )
        Plaintiff,        )
                          )        Case No. 2:10-cv-04173-NKL
        vs.               )
                          )
CHECK & CREDIT REPORTING, INC.,   )
3806 Union Road, Suite 155        )
Cheektowaga, NY 14225             )
                          )
        Defendant.        )

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, Me'Lisa Enyard, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ Adam C. Maxwell
Adam C. Maxwell
EDMO Bar No. 62103MO
Attorney for Plaintiff
Krohn & Moss, Ltd.
120 W. Madison Street, 10th Floor
Chicago, IL 60602
(312) 578-9428
e-mail: amaxwell@consumerlawcenter.com

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that a true and correct copy of the foregoing was served electronically via

CM/ECF upon all counsel of record, including the following:

Mayer S. Klein
mklein@frankelrubin.com
Counsel for Defendant
231 South Bemiston Ave., Ste. 1111
Clayton, MO 63105

Dated: December 9, 2010          By: /s/ Adam C. Maxwell
                                 Adam C. Maxwell
                                 Attorney for Plaintiff