# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| ME'LISA ENYARD, <br> 2203 Parks Edge Place <br> Columbia, MO 65202 <br><br> Plaintiff, <br><br> vs. <br><br> CHECK & CREDIT REPORTING, INC., <br> 3806 Union Road, Suite 155 <br> Cheektowaga, NY 14225 <br><br> Defendant. | Case No. 2:10-cv-04173-NKL |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## TO FILE A STIPULATION OF DISMISSAL

NOW COMES Plaintiff, ME'LISA ENYARD, by and through her attorneys, Krohn & Moss, Ltd., and hereby moves this Honorable Court for an Extension of Time to File a Stipulation of Dismissal. In support thereof, Plaintiff states as follows:

1. On December 9, 2010, Plaintiff filed a notice of settlement with the court [Doc. 19].

2. On December 10, 2010 the court entered an order requiring the parties to file dismissal papers on or before January 24, 2011 [Doc. 20].

3. However, per an agreement between the parties, Plaintiff cannot file the appropriate dismissal papers until full payment has been tendered, which is due on February 4, 2011.

4. As such, Plaintiff is seeking an extension of time to file the appropriate dismissal papers.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant her additional time to file dismissal papers until after full payment has been made, which is due February 4, 2011.

RESPECTFULLY SUBMITTED,

By: /s/ Adam C. Maxwell
Adam C. Maxwell
62103MO
Attorney for Plaintiff
Krohn & Moss, Ltd.
120 W. Madison Street
10th Floor
Chicago, IL 60602
(312) 578-9428
e-mail: amaxwell@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, with copy of same electronically submitted to all counsel of record.

By: /s/ Adam C. Maxwell
Adam C. Maxwell